UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>CAROL A. STOUT<br>DAVID A. STOUT<br><br>Defendants | CIVIL NO. 17-05549 |

**CERTIFICATE OF SERVICE**

I, Rebecca A. Solarz, Esquire, here by certifies that the foregoing Initial Procedural Order has been served by first class mail, postage pre-paid, upon the parties listed below on December 13, 2017.

CAROL A. STOUT
5300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road
Germansville, PA 18053

DAVID A. STOUT
5300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road
Germansville, PA 18053

DAVID A. STOUT
1014 4th Street, Apt. 1
Catasauqua, PA 18053

                                                  Respectfully submitted,

                                                  KML Law Group, P.C.

                                                  By: _____
                                                  Rebecca A. Solarz, Esquire
                                                  Suite 5000 – BNY Independence Center
                                                  701 Market Street
                                                  Philadelphia, PA  19106-1532
                                                  (215) 825-6327