

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>CAROL A. STOUT, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-5549<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DAVID A. STOUT the above process on the 16 day of February, 2018, at 3:48 o'clock, PM, at 1014 4th Street Apt. 1 Catasauqua, PA 18053, County of Lehigh, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>56-60</u>   Height <u>5'9</u>   Weight <u>210</u>   Race <u>WHITE</u>   Sex <u>MALE</u>   Hair <u>GRAY</u>
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of <u>Pa</u>                ) 
                                              ) SS:
County of <u>Berks</u>                         )

Before me, the undersigned notary public, this day, personally appeared _____<u>Denise Hinkle</u>_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this <u>19</u> day of <u>Feb</u>, 20<u>18</u>.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

File Number: USA-175710
Case ID #: 5096939