

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>CAROL A. STOUT, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-5549<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DAVID A. STOUT the above process on the 16 day of February, 2018, at 3:48 o'clock, PM, at 1014 4th Street Apt. 1 Catasauqua, PA 18053, County of Lehigh, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _56-60_ Height _5'9_ Weight _210_ Race _WHITE_ Sex _MALE_ Hair _GRAY_
Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of _Pa_ )
                                          ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally appeared _Denise Hinkle_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_Denise Hinkle_
(Signature of Affiant)

Subscribed and sworn to before me this _19_ day of _Feb_, 20_18_.

_____
Notary Public

File Number: USA-175710
Case ID #: 5096939

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021