# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA



UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

CAROL A. STOUT, ET AL.,
Defendant (Respondent)

CASE and/or DOCKET No.: 17-05549

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CAROL A. STOUT the above process on the 6 day of March, 2018, at 12:54 o'clock. P.M. at 5300 HEIDELBERG HEIGHTS ROAD F/K/A 1404 HEIDELBERG HEIGHTS ROAD GERMANSVILLE, PA 18053, County of Lehigh, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age **56-60** Height **5'4** Weight **230** Race **WHITE** Sex **FEMALE** Hair **GRAY**

Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of **Pa** )
) SS:
County of **Berks** )

Before me, the undersigned notary public, this day, personally, appeared **Denise Hinkle** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-175710
Case ID #: 5120377

Subscribed and sworn to before me this **8** day of **May**, 20**18**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021