UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | |
| v. : | No.  5:17-cv-5549 |
| : | |
| CAROL A. STOUT, et al., : | |
| Defendants. : | |

_____

**DEFAULT NOTICE**
10 Day Notice – Failure of Defendant to
Answer or Otherwise Respond to Plaintiff's Complaint

TO:    All Parties

A review of the Court's records indicates that Defendant, Carol A. Stout, has failed to timely respond to the Complaint.[1]

If Plaintiff fails to take action to have a default entered against Defendant, Carol A. Stout, pursuant to Federal Rule of Civil Procedure 55(a) within ten (10) days of the date of this Notice, the Court may enter an Order dismissing the Complaint against said Defendant for lack of prosecution.

KATE BARKMAN, Clerk of Court

By:/s/ Diane J. Abeles_____
    Diane J. Abeles, Civil Deputy Clerk
    The Honorable Joseph F. Leeson, Jr.
    Diane_J_Abeles@paed.uscourts.gov

Date of Notice:  March 29, 2018

---

[1]  This Default Notice does not express any opinion on whether service was properly effected pursuant to Federal Rule of Civil Procedure 4.