UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>CAROL A. STOUT<br>DAVID A. STOUT<br><br>Defendant(s) | CIVIL NO. 17-05549 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

      Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(x)      Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )      Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )      Certified mail by Sheriff's Office.
( )      Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )      Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )      Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )      Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )      Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )      Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

                                              Respectfully submitted,

                                              BY: Rebecca A. Solarz, Esq.
                                              Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

CAROL A. STOUT & DAVID A. STOUT; et al.
Defendant (Respondent)

CASE and/or DOCKET No.:

Sheriff's Sale Date: 2/13/19

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: NOTICE OF SALE

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DAVID A. STOUT the above process on the 26 day of November, 2018, at 9:00 o'clock, P.M. at 1014 4th Street Apt. 1 Catasauqua, PA 18053, County of Lehigh, Commonwealth of Pennsylvania.

**Manner of Service:**

☒ By handing a copy to the Defendant(s)

Description: Approximate Age 56-60  Height 6'0"  Weight 185  Race WHITE  Sex MALE  Hair WHITE
Military Status: ☒ No  ☐ Yes  Branch: _____

Commonwealth State of PA ) SS:
County of Berks )

Before me, the undersigned notary public, this day, personally, appeared __Kendra Day__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)
File Number: USA-175710
Case ID #: 5359992

Subscribed and sworn to before me
this 27 day of Nov, 20 18.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021



# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA; et seq. <br> Plaintiff (Petitioner) <br><br> v. <br><br> CAROL A. STOUT & DAVID A. STOUT; et al. <br> Defendant (Respondent) | CASE and/or DOCKET No.: <br><br> Sheriff's Sale Date: 2/13/2019 |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CAROL A. STOUT the above process on the 28 day of November, 2018, at 1:06 o'clock, PM, at 5300 HEIDELBERG HEIGHTS ROAD F/K/A 1404 HEIDELBERG HEIGHTS ROAD GERMANSVILLE, PA 18053, County of Lehigh, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: **ANDREW STOUT**
Relationship/Title/Position: **SON**
Remarks: _____

Description: Approximate Age **26-30** Height **5'7** Weight **225** Race **WHITE** Sex **MALE** Hair **BROWN**
Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of **Pa** ) SS:
County of **Berks** )

Before me, the undersigned notary public, this day, personally, appeared **Denise Hinkle** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-175710
Case ID #: 5359992

Subscribed and sworn to before me
this **29** day of **Nov**, 20**18**.

_Notary Public_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106 $ 001.56⁰
02 1W
0001403708 NOV. 26. 2018

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | DOMESTIC RELATIONS OF LEHIGH COUNTY<br>14 N 6th Street<br>Allentown, PA 18101 | | | | | | | | | | | |
| 2. | | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | |
| 3. | | Lehigh County Authority<br>1053 Spruce Road<br>Wescosville, PA 18106 | | | | | | | | | | | |
| 4. | | TENANTS / OCCUPANTS<br>5300 Heidelberg Heights Road<br>Germansville, PA 18053 | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 4
Total Number of Pieces Received at Post Office:
Postmaster, Per (Name of receiving employee)

[CONTINENTAL STATION NOV 26 PHILA, PA 19106 postmark]

Complete by Typewriter, Ink, or Ball Point Pen

PS Form 3877, February 2002 (Page 1 of 2)

USA-175710—Lehigh County  Sale Date: 02/13/2019

CAROL A. STOUT & DAVID A. STOUT

#110
See Privacy Act Statement on Reverse

USA-JY

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>8147-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 91719999917039692026613<br>91719999917039692026613 | STOUT, CAROL A.<br>6300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road<br>Germansville, PA 18053 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 91719999917039692026220<br>91719999917039692026220 | STOUT, DAVID A.<br>6300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road<br>Germansville, PA 18053 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 91719999917039692026237<br>91719999917039692026237 | STOUT, DAVID A.<br>1014 4th Street<br>Apt. 1<br>Catasauqua, PA 18053 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 3<br>3 | | 2.11<br>2.11 | 14.55<br>14.55 | | | 16.67<br>16.67 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____  Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)       Extra Service Codes:
                               C     Certified
                               ERR   Return Receipt



UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　　　Plaintiff<br><br>vs.<br><br>CAROL A. STOUT<br>DAVID A. STOUT<br><br>　　　　　　　　　　　　Defendant(s) | CIVIL NO. 17-05549 |

### AFFIDAVIT PURSUANT TO RULE 3129

　　　THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

　　　5300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road
　　　Germansville, PA 18053

1. Name and address of Owner(s) or Reputed Owner(s):

　　　CAROL A. STOUT
　　　5300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road
　　　Germansville, PA 18053

　　　DAVID A. STOUT
　　　5300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road
　　　Germansville, PA 18053

2. Name and address of Defendant(s) in the judgment:

　　　CAROL A. STOUT
　　　5300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road
　　　Germansville, PA 18053

　　　DAVID A. STOUT
　　　5300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road
　　　Germansville, PA 18053

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

　　　DOMESTIC RELATIONS OF LEHIGH COUNTY
　　　14 N 6th Street
　　　Allentown, PA 18101

        PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
        Health and Welfare Bldg. - Room 432
        P.O. Box 2675
        Harrisburg, PA 17105-2675

        Lehigh County Authority
        1053 Spruce Road
        Wescosville, PA 18106

4. Name and address of the last recorded holder of every mortgage of record:

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

        TENANTS / OCCUPANTS
        5300 Heidelberg Heights Road
        Germansville, PA 18053

      I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: November 30, 2018

                                          KML Law Group, P.C.
                                          BY: Rebecca A. Solarz, Esq.
                                          Attorney for Plaintiff