

U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 17-05549

**FILED**
FEB 27 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

I, Chris Alegado, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at

5300 Heidelberg Heights Road AKA 1404 Heidelberg Heights RD

The public sale was held on 02/19/2019

and the highest bidder was Ben Siegrist

who bid the amount of $ $63,100.00.

_____
Deputy U.S. Marshal
United States Marshals Service
Eastern District of Pennsylvania
2110 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(215) 597-7273



**U.S. Department of Justice**

United States Marshals Service



③

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Ben Siegrist

ADDRESS: 1770 Oregon Pike

Lancaster PA 17602

PHONE (DAY): (717) 327 0232

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group L.P.

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*



Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Michael J. McHugh

ADDRESS: 7115 Periwinkle Dr

Macungie, PA 18062

PHONE (DAY): (610) 737-5411

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Michael J. McHugh

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**
United States Marshals Service

*Eastern District of Pennsylvania*



*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

**NAME:** George Hawthorne

**ADDRESS:** 690 W Schwenkmill Rd
Perkasie, Pa 18944

**PHONE (DAY):** c 215-262-4138  h- 215-257-0683

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Sandra J. Hawthorne

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

**United States Marshals Service**



(4)

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: ~~USP Holdings LLC~~ Casey Wells

ADDRESS: 1525 Oregon Pike Suite 802
Lancaster, Pa 17601

PHONE (DAY): (717) 951-6506

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

USP Holdings LLC

The above is precisely how the name(s) are to appear in the deed

5390 Heildelberg Heights.

Starting Bid

| | |
|---|---|
| 35,000 - 4 | 61,500 - 1 |
| 35,500 - 2 | 61,600 - 3 |
| 40,000 - 1 | 62,000 - 1 |
| | 62,100 - 3 |
| 40,500 - 4 | 63,000 - 1 |
| 45,000 - 1 | 63,100 - 3 |
| 45,500 - 3 | |
| 50,000 - 1 | |
| 50,500 - 3 | |
| 55,000 - 1 | |
| 55,500 - 3 | |
| 60,000 - 1 | |
| 60,500 - 3 | |
| 61,000 - 1 | |
| 61,100 - 3 | |
| 61,200 - 1 | |
| 61,300 - 3 | |