## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>CAROL A. STOUT<br>DAVID A. STOUT<br>Defendant | Civil Action No: 17-05549 |

FILED

MAR 26 2019

TE BARKMAN, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this 26th day of March, 2019, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1. That the public sale held on February 19, 2019 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to BP Real Estate Investment Group, L.P., their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of CAROL A. STOUT and DAVID A. STOUT in and to the premises sold located at 5300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road, Germansville, PA 18053.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

ENTERED
MAR 27 2019
CLERK OF COURT

_____
JOSEPH F. LEESON, JR., J.