UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>CAROL A. STOUT<br>DAVID A. STOUT<br><br>                    Defendants | CIVIL NO. 17-05549<br><br>**FILED**<br>APR 1 0 2019<br>KATE BARKMAN, Clerk<br>By _____ Dep. Clerk |

### ORDER

**AND NOW**, this 10th day of April, 2019, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 5300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road Germansville, PA 18053 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.,       J.

**ENTERED**
APR 1 0 2019
**CLERK OF COURT**