# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CIVIL NO. 17-05549

UNITED STATES OF AMERICA

    Plaintiff

vs.

Carol A. Stout and David A. Stout
        Defendant(s)

## ASSIGNMENT OF BID

**THIS ASSIGNMENT** is made this _2nd_ day of _April_, 4/2/2019, by _BP Real Estate Investment Group LP_ (Assignor) TO _DI Group LP_ (Assignees).

**WHEREAS**, Assignor was the successful bidder at the United States Marshal's Sale of February 19, 2019 for the property known as 5300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road Germansville, PA 18053.

**WHEREAS**, Assignor, as successful bidder, assigns to Assignees its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignees accept Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania.

BY: _____
      SUCCESSFUL BIDDER

As to Assignor

Sworn to and subscribed before me

This _2nd_ day of _April_, 4/2/2019

_____
Notary Public

---
Commonwealth of Pennsylvania - Notary Seal
Valerie A. Olweiler, Notary Public
Lancaster County
My commission expires August 31, 2020
Commission number 1300606
Member, Pennsylvania Association of Notaries

Assignment of Bid (5300 Heidelberg Heights Road f/k/a 1404 Heidelberg Heights Road Germansville, PA 18053)
Page 2

I hereby accept this Assignment of Bid.

BY: _____/s/_____
    (Assignees)

Address:
Phone Number:

As to Assignee

Sworn to and subscribed before me

this 2nd day of April , 4/2/2019.

_____/s/_____
Notary Public

```
Commonwealth of Pennsylvania - Notary Seal
    Valerie A. Olweiler, Notary Public
           Lancaster County
My commission expires August 31, 2020
      Commission number 1300606
Member, Pennsylvania Association of Notaries
```